Don J. Mizerk, Esq. (SBN: 208477)
Husch Blackwell LLP
120 South Riverside Plaza
Chicago, Illinois 60606
Tel: (312) 526-1546
Fax: (312) 655-1501
don.mizerk@huschblackwell.com
Attorney for Defendants
VIRTUS PHARMACEUTICALS, LLC
VIRTUS PHARMACEUTICALS OPCO II, LLC
BELCHER PHARMACEUTICALS, LLC

Gina E. Och
Murchison and Cumming, LLP
801 South Grand Avenue, 9th Floor
Los Angeles, CA 90017
Tel: (213) 623-7400
Fax: (213) 623-6336
Email: goch@murchisonlaw.com
Attorney for Defendants
BI-COASTAL PHARMA INTERNATIONAL LLC
BI-COASTAL PHARMACEUTICALS CORPORATION

Jean P. Nogues, Jr.
Mitchell Silberberg and Knupp
11377 W Olympic Blvd
Los Angeles, CA 90064
(310) 312-2000
Email: jpn@msk.com
Attorney for Defendant
ECI PHARMACEUTICALS LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VALEANT PHARMACEUTICALS NORTH AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BELCHER PHARMACEUTICALS, LLC, BI-COASTAL PHARMACEUTICAL CORPORATION, BI-COASTAL PHARMA INTERNATIONAL LLC, ECI PHARMACEUTICALS LLC, VIRTUS PHARMACEUTICALS, LLC and VIRTUS PHARMACEUTICALS OPCO II, LLC,<br><br>Defendants. | Case No. 17-CV-06731-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO SEVER CLAIMS AGAINST: (1) BI-COASTAL PHARMACEUTICAL CORPORATION AND BI-COASTAL PHARMA INTERNATIONAL LLC; AND (2) ECI PHARMACEUTICALS LLC FROM THIS ACTION INTO SEPARATE CASES** |

1

Pursuant to Federal Rule of Civil Procedure Rule 21 and Civil Local Rule 7-12, all Parties to the above-entitled action, by and through their undersigned counsel, hereby stipulate to the following and respectfully request that the Court enter an Order severing into separately captioned actions all claims made by Plaintiff against, respectively: (1) Bi-Coastal Pharmaceutical Corporation and Bi-Coastal Pharma International LLC; and (2) ECI Pharmaceuticals LLC. For clarity, the intent of the Parties' Stipulation and [Proposed] Order is to sever the claims made by Plaintiff, without prejudice, against the three groups of current Defendants into three separately captioned actions as follows:

(1) all claims made by Plaintiff against: (a) Belcher Pharmaceuticals, LLC; (b) Virtus Pharmaceuticals, LLC; and (c) Virtus Pharmaceuticals OPCO II, LLC would remain in this action, Case No. 17-CV-06731-RS;

(2) all claims made by Plaintiff against Bi-Coastal Pharmaceutical Corporation and Bi-Coastal Pharma International LLC would be severed into a new action captioned *Valeant Pharmaceuticals North America LLC v. Bi-Coastal Pharmaceutical Corporation and Bi-Coastal Pharma International LLC*;

(3) all claims made by Plaintiff against ECI Pharmaceuticals LLC would be severed into a new action captioned *Valeant Pharmaceuticals North America LLC v. ECI Pharmaceuticals LLC*.

The Parties respectfully submit that this Stipulation and [Proposed] Order will not result in prejudice at this early stage in the proceedings and will promote fundamental fairness and judicial efficiency. The parties further undertake to make good faith efforts to coordinate discovery and its timing in the three cases, including written discovery and depositions, to the extent reasonably practicable so long as no material prejudice is caused to any Party by such coordination.

NOW THEREFORE, in order to effectuate the Parties' intent as set forth herein, all Parties, by and through their respective counsel, hereby stipulate as follows:

(1) All claims made by Plaintiff against, respectively: (a) Bi-Coastal Pharmaceutical Corporation and Bi-Coastal Pharma International LLC; and (b) ECI Pharmaceuticals LLC are hereby SEVERED from this action, Case No. 17-CV-06731-RS into two new cases defined in paragraphs (2) and (3) below;

(2) all claims made by Plaintiff against Bi-Coastal Pharmaceutical Corporation and Bi-Coastal Pharma International LLC are severed from Case No. 17-CV-06731-RS and placed into a new action captioned *Valeant Pharmaceuticals North America LLC v. Bi-Coastal Pharmaceutical Corporation and Bi-Coastal Pharma International LLC*, which claims shall be set forth in an amended complaint as described in paragraph (5) below;

(3) all claims made by Plaintiff against ECI Pharmaceuticals LLC are severed from Case No. 17-CV-06731-RS and placed into a new action captioned *Valeant Pharmaceuticals North America LLC v. ECI Pharmaceuticals LLC*, which claims shall be set forth in an amended complaint as described in paragraph (5) below;

(4) all claims made by Plaintiff against: (a) Belcher Pharmaceuticals, LLC; (b) Virtus Pharmaceuticals, LLC; and (c) Virtus Pharmaceuticals OPCO II, LLC remain in this Case No. 17-CV-06731-RS, which claims shall be set forth in an amended complaint as described in paragraph (5) below; and

(5) In accordance with the above severance of claims:

(a) Plaintiff is directed within fourteen (14) days of entry of the Court's Order granting the stipulated severances and receipt of new case numbers for the severed actions to file an amended complaint in each of the three actions described above setting forth allegations applicable to the respective Defendants in that particular case;

(b) Each of the Defendants in the three separate actions described above is directed to file a responsive pleading within twenty-one (21) days after Plaintiff files its amended complaint in that action;

(c) All current deadlines in the present action shall be extended by twenty-one (21) days, and such extension shall apply in each of the three separate cases described above.

3

STIPULATION AND [PROPOSED] ORDER TO SEVER CLAIMS
CASE NO. 17-CV-06731-RS

(d) The parties shall make good faith efforts to coordinate discovery and its timing in the three cases described above, including written discovery and depositions, to the extent reasonably practicable so long as no material prejudice is caused to any Party by such coordination.

Dated: January 15, 2018

| ROPES & GRAY LLP | HUSCH BLACKWELL LLP |
|---|---|
| By: */s/ Rocky Tsai* <br> Rocky Tsai, Esq. (CSB No. 221452) | By: */s/ Don J. Mizerk* <br> Don J. Mizerk, Esq. (SBN: 208477) |
| *Attorney for Plaintiff, Valeant Pharmaceuticals North America LLC* <br><br> Three Embarcadero Center <br> San Francisco, California 94111 <br> Tel: (415) 315-6300 <br> Fax: (415) 315-6350 <br> rocky.tsai@ropesgray.com | *Attorney for Defendants Belcher Pharmaceuticals, LLC, Virtus Pharmaceuticals LLC, and Virtus Pharmaceuticals OPCO II, LLC* <br> 120 South Riverside Plaza, Suite 2200 <br> Chicago, Illinois 60606 <br> Tel: (312) 526-1546 <br> Fax: (312) 655-1501 <br> don.mizerk@huschblackwell.com <br><br> MURCHINSON AND CUMMING, LLP <br> By: */s/ Gina E. Och* <br> Gina E. Och (SBN:170520) <br><br> *Attorney for Bi-Coastal Pharma International LLC and Bi-Coastal Pharmaceuticals Corporation* <br> 801 South Grand Avenue, 9th Floor <br> Los Angeles, CA 90017 <br> Tel: (213) 623-7400 <br> Fax: (213) 623-6336 <br> Email: goch@murchisonlaw.com <br><br> MITCHELL SILBERBERG AND KNUPP <br> By: */s/ Jean P. Nogues, Jr.* <br> Jean P. Nogues, Jr. (SBN: 84445) <br><br> *Attorney for Defendant ECI Pharmaceuticals LLC* <br> 11377 W Olympic Blvd <br> Los Angeles, CA 90064 <br> (310) 312-2000 <br> Email: jpn@msk.com |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___1/16___, 2018      _____/s/_____
                                                    United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendants Virtus Pharmaceuticals LLC and Virtus Pharmaceuticals OPCO II, LLC, hereby certifies that on January 15, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO SEVER CLAIMS AGAINST: (1) BI-COASTAL PHARMACEUTICAL CORPORATION AND BI-COASTAL PHARMA INTERNATIONAL LLC; AND (2) ECI PHARMACEUTICALS LLC FROM THIS ACTION INTO SEPARATE CASES** was filed with the Court and served electronically by the Court's CM/ECF System to all registered users.

/s/ Don J. Mizerk
*Attorney for Defendants Virtus Pharmaceuticals LLC, and Virtus Pharmaceuticals OPCO II, LLC*