| | |
|---|---|
| 1 | WILLIAM SENIOR, ESQ. (CSB: 263373) |
| 2 | BENJAMIN L. ENGLAND & ASSOCIATES, LLC<br>3711 Long Beach Blvd., Suite 714 |
| 3 | Long Beach, CA 90807<br>Tel: (562) 285-3400 |
| 4 | Fax: (443) 583-1464 |
| 5 | wjsenior@fdaimports.com<br>Attorney for Defendant |
| 6 | ECI PHARMACEUTICALS LLC |
| 7 | ROCKY TSAI (CSB # 221452)<br>ROPES & GRAY LLP |
| 8 | Three Embarcadero Center<br>San Francisco, CA 94111-4006 |
| 9 | Tel: 415-315-6300<br>Fax: 415-315-6350 |
| 10 | rocky.tsai@ropesgray.com |
| 11 | PETER M. BRODY (*pro hac vice*)<br>MICHAEL J. GERSHONI (CSB # 311192) |
| 12 | 2099 Pennsylvania Avenue, NW<br>Washington, DC 20006-6807 |
| 13 | Tel: 202-508-4600<br>Fax: 202-508-4650 |
| 14 | peter.brody@ropesgray.com<br>michael.gershoni@ropesgray.com |
| 15 | EVAN GOURVITZ (*pro hac vice*) |
| 16 | 1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| 17 | Tel: 212-596-9000<br>Fax: 212-596-9090<br>evan.gourvitz@ropesgray.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VALEANT PHARMACEUTICALS NORTH AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ECI PHARMACEUTICALS LLC<br><br>Defendant. | Case No. 18-CV-00355-RS<br><br>**STIPULATION AND [~~PROPOSED~~] REVISED SCHEDULING ORDER CONCERNING DEFENDANT'S REPLY IN SUPPORT OF ITS PENDING MOTION TO DISMISS AND HEARING REGARDING THE SAME** |

1

Pursuant to Civil Local Rule 7-2, 7-3, 7-7, and 7-12, Parties to the above-entitled action, by and through their undersigned counsel, hereby stipulate to the following:

1. An order granting a Stay in the above-titled action was issued on May 4, 2018 pursuant to 28 U.S.C. 1659(a). This order suspended all filing deadlines relevant to this matter, and has not yet been superseded.

2. As such, Parties to this action hereby stipulate to the proposed schedule for case-specific deadlines for *Valeant Pharmaceuticals NA, LLC v. ECI Pharmaceuticals LLC, 3:18-cv-00355-RS*:

| Event | Date |
| --- | --- |
| Deadline for Defendant's Reply in Support of its Motion to Dismiss | October 12, 2018 |
| Joint Hearing on Defendant's Motion to Dismiss | October 25, 2018 1:30pm PST Courtroom 03, 17th Floor |

3. Consequently, the Parties to this action formally request a Joint Hearing on Defendant's Motion to Dismiss at the same time as the hearing for the Virtus Defendants has been ordered in *Valeant Pharmaceuticals North America LLC v. Virtus Pharmaceuticals, LLC & Virtus Pharmaceuticals OPCO II, LLC,* Case No. 3:17-cv-06731-RS at D.E. 77. Namely, that the Joint Hearing take place on October 25, 2018 at 1:30 p.m., Courtroom 3, 17th Floor.

4. The Defendant's motions to dismiss present certain common issues of fact and law. The Parties to this action therefore believe that conducting this hearing in conjunction with the hearing on Virtus Defendants' motions will promote efficiency and judicial economy.

Dated: September 24, 2018

2
STIPULATION AND [PROPOSED] REVISED SCHEDULING ORDER CONCERNING DEFENDANT'S
REPLY IN SUPPORT OF ITS PENDING MOTION TO DISMISS AND HEARING REGARDING THE SAME

| | |
|---|---|
| ROPES & GRAY LLP | BENJAMIN L. ENGLAND & ASSOCIATES, LLC |
| By: _/s/ Rocky Tsai, Esq._____<br>    Rocky Tsai, Esq. (CSB No. 221452) | By: _/s/ William J. Senior, Esq._____<br>    William J. Senior, Esq. (CBN: 263373) |
| *Attorney for Plaintiff, Valeant Pharmaceuticals North America LLC* | *Attorney for Defendant, ECI Pharmaceuticals LLC* |
| Three Embarcadero Center<br>San Francisco, California 94111<br>Tel: (415) 315-6300<br>Fax: (415) 315-6350<br>rocky.tsai@ropesgray.com | 3711 Long Beach Blvd., Suite 714<br>Long Beach, CA 90807<br>Tel: (562) 285-3400<br>Fax: (443) 583-1464<br>wjsenior@fdaimports.com |

STIPULATION AND [PROPOSED] REVISED SCHEDULING ORDER CONCERNING DEFENDANT'S
REPLY IN SUPPORT OF ITS PENDING MOTION TO DISMISS AND HEARING REGARDING THE SAME

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 27, 2018          /s/ Richard Seeborg
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant ECI Pharmaceuticals LLC, hereby certifies that on September 24, 2018, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] REVISED SCHEDULING ORDER CONCERNING DEFENDANT'S REPLY IN SUPPORT OF ITS PENDING MOTION TO DISMISS AND HEARING REGARDING THE SAME** was filed with the Court and served electronically by the Court's CM/ECF System to all registered users.

/s/ William J. Senior, Esq.
*Attorney for Defendant ECI Pharmaceuticals LLC*

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures to this document.

/s/ Carlton LP Talbot, Esq.
By: Carlton Talbot, Esq.