| | |
|---|---|
| PETER M. BRODY (*pro hac vice*) <br> MARK S. POPOFSKY (CSB # 175476) <br> ROPES & GRAY LLP <br> 2099 Pennsylvania Avenue, NW <br> Washington, DC 20006-6807 <br> Tel: 202-508-4600 <br> Fax: 202-508-4650 <br> peter.brody@ropesgray.com <br><br> DAVID S. CHUN (CSB # 315958) <br> ROPES & GRAY LLP <br> 1900 University Avenue <br> East Palo Alto, CA 94303-2284 <br> Tel: 650-617-4000 <br> Fax: 650-617-4090 <br> david.chun@ropesgray.com <br><br> ANNE JOHNSON PALMER (CSB # 302235) <br> ROPES & GRAY LLP <br> Three Embarcadero Center <br> San Francisco, CA 94111-4006 <br> Tel: 415-315-6300 <br> Fax: 415-315-6350 <br> anne.johnsonpalmer@ropesgray.com <br><br> *Attorneys for Plaintiff*, <br> BAUSCH HEALTH US, LLC | JOSEPH E. CWIK (*pro hac vice*) <br> UPADHYE CWIK LLP <br> 135 S LaSalle St. Suite 1930 <br> Chicago, IL 60603 <br> Tel: 312.598.2610 <br> joe@ipfdalaw.com <br><br> BENJAMIN L. ENGLAND (*pro hac vice*) <br> JESSICA R. RIFKIN (*pro hac vice*) <br> BENJAMIN L. ENGLAND & ASSOCIATES, LLC <br> 810 Landmark Drive, Suite 126 <br> Glen Burnie, MD 21061 <br> Tel: (410) 220-2800 <br> Fax: (443) 583-1464 <br> blengland@fdaimports.com <br> jrrifkin@fdaimports.com <br><br><br> *Attorneys for Defendant*, <br> ECI PHARMACEUTICALS LLC |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BAUSCH HEALTH US, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ECI PHARMACEUTICALS LLC, <br><br> Defendant. | Case No. 18-CV-00355-RS <br><br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING MODIFICATION OF SCHEDULING ORDER** |

Pursuant to Civil Local Rule 6-2, 7-1(a)(5), and 7-12, Defendant ECI Pharmaceuticals LLC ("ECI") and Plaintiff Bausch Health US, LLC ("Bausch") (jointly, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS the following time modifications have been previously made in this case:

A thirty (30) day extension of time, until January 19, 2018, for Defendant to file a Rule 12 motion, answer, or otherwise respond to the complaint in Plaintiff's originally-filed action against Defendant and other parties (Dkt. 21; Chun Declaration in Support of Stipulation and Proposed Order ("Chun Decl."), ¶ 5);

A further extension of Defendant's deadline to file a responsive pleading until twenty-one (21) days after Plaintiff filed its amended complaint in this severed action, which was so Ordered by the Court on January 16, 2018 (Dkt. 34; Chun Decl. ¶ 6);

A further extension of time permitting Plaintiff an extension of time to file its Opposition to Defendant's Rule 12 Motion filing and Defendant an extension of time to file its Reply to March 27, 2018 and April 24, 2018, respectively (Dkt. 40; Chun Decl. ¶ 9);

A stay of the case from May 4, 2018 to July 31, 2018 pursuant to 28 U.S.C. § 1659(a) pending the determination or termination of ITC Investigation No. 337-TA-1109, captioned "*In the Matter of Certain Clidinium Bromide and Products Containing Same*" (Dkts. 70, 72; Chun Decl. ¶ 11);

A modification of the schedule setting the deadline for the Defendant to file its Reply in Support of its Motion to Dismiss for October 12, 2018 and setting a Joint Hearing on the Motion to Dismiss for October 25, 2018 (Dkt. 79; Chun Decl. ¶ 12);

A modification of the schedule setting the deadline for Plaintiff to answer Defendant's counterclaims and further modify the scheduling order (Dkt. 102) with respect to fact and expert discovery deadlines (Dkt. 136);

WHEREAS the Parties submitted to this Court under seal on January 9, 2020 a Joint Letter Brief Regarding Certain Discovery Disputes ("Joint Letter");

WHEREAS the discovery disputes raised in the Parties' Joint Letter were referred to Magistrate Judge Kandis A. Westmore on January 15, 2020 and remain pending;

WHEREAS Defendant has indicated it intends to amend its pleadings on or before February 7, 2020, pursuant to the Court's Further Case Management Scheduling Order (Dkt. 150);

WHEREAS the Parties are engaged in active settlement discussions;

WHEREAS the Parties further agree to modify the current scheduling order (Dkt. 102, as modified by Order Dkt. 136) as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of all non-expert discovery | January 31, 2020 | February 28, 2020 |
| Designation of experts in accordance with FRCP 26(a)(2) | February 14, 2020 | March 13, 2020 |
| Designation of supplemental and rebuttal experts in accordance with FRCP 26(a)(2) | March 27, 2020 | April 17, 2020 |
| Completion of all discovery of expert witnesses pursuant FRCP 26(b)(4) | May 8, 2020 | No Change |
| Further Case Management Conference | January 16, 2020 at 10:00am | No Change |
| Deadline for hearing of all pretrial motions | July 2, 2020 | No Change |
| Pretrial Conference | On or about September 2, 2020 at 10:00am | No Change |
| Jury Trial Commences | Beginning on or after September 28, 2020 at 9:00 am | No Change |

WHEREAS the Parties believe that good cause exists for these extensions so that the parties can meet their discovery obligations, prepare for depositions, and continue settlement efforts, while leaving the existing trial date and remaining deadlines unaffected;

WHEREAS the Parties do not believe that these proposed time modifications would have any detrimental effect on the schedule for the case, or would cause prejudice to any party;

NOW THERFORE, in order to effectuate the Parties' intent as set forth herein, the Parties, by and through their respective counsel, stipulate to and respectfully request that the Court enter an Order to extend the discovery deadlines as shown above.

Dated: January 23, 2020                /s/ David S. Chun

DAVID S. CHUN (CSB # 315958)
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, CA 94303-2284
Tel: 650-617-4000
Fax: 650-617-4090
david.chun@ropesgray.com

PETER M. BRODY (*pro hac vice*)
MARK S. POPOFSKY (CSB # 175476)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
Fax: 202-508-4650
peter.brody@ropesgray.com

ANNE JOHNSON PALMER (CSB # 302235)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: 415-315-6300
Fax: 415-315-6350
anne.johnsonpalmer@ropesgray.com

*Attorneys for Plaintiff*,

BAUSCH HEALTH US, LLC

Dated: January 23, 2020                /s/ Joseph E. Cwik

Joseph E. Cwik (*pro hac vice*)
UPADHYE CWIK LLP
135 S LaSalle St., Suite 1930
Chicago, IL 60603
Tel: 312.598.2610
joe@ipfdalaw.com

| | |
|---|---|
| 1 | Benjamin L. England (*pro hac vice*) |
| 2 | Jessica R. Rifkin (*pro hac vice*) |
| 3 | BENJAMIN L. ENGLAND & ASSOCIATES, LLC |
| 4 | 810 Landmark Drive, Suite 126 |
| 5 | Glen Burnie, MD 21061 |
| 6 | Tel: (410) 220-2800 |
|   | Fax: (443) 583-1464 |
|   | blengland@fdaimports.com |
|   | jrrifkin@fdaimports.com |

Counsel for Defendant

*ECI Pharmaceuticals, LLC*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/23, 2020.

_____
Honorable Richard Seeborg
United States District Judge