PETER M. BRODY (*pro hac vice*)
MARK S. POPOFSKY(CSB # 175476)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: 202-508-4600
Fax: 202-508-4650
peter.brody@ropesgray.com

DAVID S. CHUN (CSB # 315958)
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, CA 94303-2284
Tel: 650-617-4000
Fax: 650-617-4090
david.chun@ropesgray.com

ANNE JOHNSON PALMER
(CSB # 302235)
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
Tel: 415-315-6300
Fax: 415-315-6350
anne.johnsonpalmer@ropesgray.com

*Attorneys for Plaintiff,*
BAUSCH HEALTH US, LLC

SHASHANK UPADHYE (*pro hac vice*)
YIXIN TANG (*pro hac vice*)
BRENT BATZER (*pro hac vice*)
UPADHYE CWIK LLP
135 S LaSalle St. Suite 1930
Chicago, IL 60603
Tel: 312.598.2610
shashank@ipfdalaw.com
yixin@ipfdalaw.com
brent@ipfdalaw.com

BENJAMIN L. ENGLAND (*pro hac vice*)
JESSICA R. RIFKIN (*pro hac vice*)
BENJAMIN L. ENGLAND &
ASSOCIATES, LLC
810 Landmark Drive, Suite 126
Glen Burnie, MD 21061
Tel: (410) 220-2800
Fax: (443) 583-1464
blengland@fdaimports.com
jrrifkin@fdaimports.com

*Attorneys for Defendant,*
ECI PHARMACEUTICALS LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BAUSCH HEALTH US, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ECI PHARMACEUTICALS LLC,<br>　　　　Defendant. | Case No. 18-CV-00355-RS<br><br>**STIPULATION AND ORDER CONCERNING MODIFICATION OF SCHEDULING ORDER AS MODIFIED BY THE COURT** |

Pursuant to Civil Local Rule 6-2, 7-1(a)(5), and 7-12, Plaintiff Bausch Health US, LLC ("Bausch") and Defendant ECI Pharmaceuticals LLC ("ECI") (jointly, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS the following time modifications have been previously made in this case:

A thirty (30) day extension of time, until January 19, 2018, for Defendant to file a Rule 12 motion, answer, or otherwise respond to the complaint in Plaintiff's originally-filed action against Defendant and other parties (Dkt. 21; Chun Declaration in Support of Stipulation and Proposed Order ("Chun Decl."), ¶ 5);

A further extension of Defendant's deadline to file a responsive pleading until twenty-one (21) days after Plaintiff filed its amended complaint in this severed action, which was so Ordered by the Court on January 16, 2018 (Dkt. 34; Chun Decl. ¶ 6);

Further extensions of time for Plaintiff to file its Opposition to Defendant's Rule 12 Motion filing and Defendant to file its Reply to March 27, 2018 and April 24, 2018, respectively (Dkt. 40; Chun Decl. ¶ 9);

A stay of the case from May 4, 2018 to July 31, 2018 pursuant to 28 U.S.C. § 1659(a) pending the determination or termination of ITC Investigation No. 337-TA-1109, captioned "*In the Matter of Certain Clidinium Bromide and Products Containing Same*" (Dkts. 70, 72; Chun Decl. ¶ 10);

A modification of the schedule setting the deadline for the Defendant to file its Reply in Support of its Motion to Dismiss for October 12, 2018 and setting a Joint Hearing on the Motion to Dismiss for October 25, 2018 (Dkt. 79; Chun Decl. ¶ 11);

An extension of the time for Plaintiff to respond to Defendant's amended answer and for Defendant to file opposition papers (Dkt. 108; Chun Decl. ¶ 17);

A modification of the schedule extending all discovery deadlines and the trial date (Dkt. 122; Chun Decl. ¶ 22);

A modification of the schedule setting the deadline for Plaintiff to answer Defendant's counterclaims and further modify the scheduling order (Dkt. 102) with respect to fact and expert discovery deadlines (Dkt. 136; Chun Decl. ¶ 23);

A modification of the schedule setting the deadline for amended pleadings at February 7, 2020 (Dkt. 150; Chun Decl. ¶ 27);

A modification of the schedule extending discovery deadlines (Dkt. 155; Chun Decl. ¶ 28);

WHEREAS the Parties submitted to this Court under seal on January 9, 2020 a Joint Letter Brief Regarding Certain Discovery Disputes (the "Initial Joint Letter") (Dkt. 144; Chun Decl. ¶ 25);

WHEREAS the discovery disputes raised in the Parties' Initial Joint Letter were referred to Magistrate Judge Kandis A. Westmore on January 15, 2020 (Dkts. 147, 153, 158-60; Chun Decl. ¶¶ 26, 29);

WHEREAS ECI filed a Second Amended Answer and Counterclaims on February 7, 2020 (Dkt. 157; Chun Decl. ¶ 30), in which ECI expanded certain of the allegations advanced in its counterclaims;

WHEREAS, after further attempts to meet and confer, as required by Magistrate Judge Westmore's order of January 21, 2020, the Parties filed three Joint Letters regarding certain discovery disputes on February 14, 2020 (the "Joint Letters") (Dkts. 158-160; Chun Decl. ¶ 31);

WHEREAS Bausch filed an Answer to ECI's Second Amended Counterclaims on February 21, 2020 (Dkt. 162; Chun Decl. ¶ 32);

WHEREAS the Parties are engaged in active settlement discussions (Chun Decl. ¶ 33);

WHEREAS the Joint Letters remain pending, such that the Parties await Magistrate Judge Westmore's ruling on their outstanding discovery disputes (Chun Decl. ¶ 31);

WHEREAS the Parties believe that good cause exists for modification of the scheduling order and an extension of the jury trial commencement date to a date on or after December 1, 2020 at the Court's convenience, to allow the Parties sufficient time to conclude discovery after the resolution of the discovery disputes, and to file dispositive motions and prepare for trial (Chun Decl. ¶¶ 34-35);

WHEREAS the Parties also believe that good cause exists for modification of the scheduling order and an extension of the jury trial commencement date to a date on or after

December 1, 2020 at the Court's convenience, to allow the parties time to continue their productive settlement discussions (Chun Decl. ¶ 36);

WHEREAS the Parties agree, subject to this Court's approval, to modify the current scheduling order (Dkt. 102, as modified by Dkts. 136 and 155, respectively) as follows:

| Event | Current Date | Date |
| --- | --- | --- |
| Close of all non-expert discovery | February 28, 2020 | 225 days before trial |
| Designation of experts in accordance with FRCP 26(a)(2) | March 13, 2020 | 200 days before trial |
| Designation of supplemental and rebuttal experts in accordance with FRCP 26(a)(2) | April 17, 2020 | 170 days before trial |
| Completion of all discovery of expert witnesses pursuant FRCP 26(b)(4) | May 8, 2020 | 145 days before trial |
| Deadline for hearing of all pretrial motions | July 2, 2020 | ~~100 days before trial~~ August 27, 2020 |
| Pretrial Conference | On or about September 2, 2020 at 10:00am | ~~25 days before trial~~ November 25, 2020 at 10:00 am |
| Jury Trial Commences | Beginning on or after September 28, 2020 at 9:00 am | December 7, 2020 at 9:00 am |

(Chun Decl. ¶ 37); and

WHEREAS the Parties do not believe that the proposed time modifications would cause prejudice to any party (Chun Decl. ¶ 38);

NOW THERFORE, in order to effectuate the Parties' intent as set forth herein, the Parties, by and through their respective counsel, stipulate to and respectfully request that the Court enter an Order to extend the deadlines and trial date as shown above.

4

| | | |
|---|---|---|
| 1 | Dated: February 26, 2020 | */s/ David S. Chun* |
| 2 | | DAVID S. CHUN (CSB # 315958)<br>ROPES & GRAY LLP |
| 3 | | 1900 University Avenue<br>East Palo Alto, CA 94303-2284 |
| 4 | | Tel: 650-617-4000<br>Fax: 650-617-4090 |
| 5 | | david.chun@ropesgray.com |
| 6 | | PETER M. BRODY (*pro hac vice*) |
| 7 | | MARK S. POPOFSKY (CSB # 175476)<br>ROPES & GRAY LLP |
| 8 | | 2099 Pennsylvania Avenue, NW<br>Washington, DC 20006-6807 |
| 9 | | Tel: 202-508-4600<br>Fax: 202-508-4650 |
| 10 | | peter.brody@ropesgray.com |
| 11 | | ANNE JOHNSON PALMER (CSB # 302235)<br>ROPES & GRAY LLP |
| 12 | | Three Embarcadero Center<br>San Francisco, CA 94111-4006 |
| 13 | | Tel: 415-315-6300<br>Fax: 415-315-6350 |
| 14 | | anne.johnsonpalmer@ropesgray.com |
| 15 | | *Attorneys for Plaintiff,*<br>BAUSCH HEALTH US, LLC |
| 17 | Dated: February 26, 2020 | */s/ Yixin Tang* |
| 19 | | Shashank Upadhye (*pro hac vice*) |
| 20 | | Yixin Tang (*pro hac vice*)<br>Brent Batzer (*pro hac vice*) |
| 21 | | UPADHYE CWIK LLP<br>135 S LaSalle St., Suite 1930 |
| 22 | | Chicago, IL 60603<br>Tel: 312.598.2610 |
| 23 | | shashank@ipfdalaw.com |
| 24 | | yixin@ipfdalaw.com<br>brent@ipfdalaw.com |
| 25 | | |
| 26 | | Benjamin L. England (*pro hac vice*)<br>Jessica R. Rifkin (*pro hac vice*) |
| 27 | | BENJAMIN L. ENGLAND & ASSOCIATES, LLC |
| 28 | | 810 Landmark Drive, Suite 126<br>Glen Burnie, MD 21061 |

5

Tel: (410) 220-2800
Fax: (443) 583-1464
blengland@fdaimports.com
jrrifkin@fdaimports.com

Counsel for Defendant

*ECI Pharmaceuticals, LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 26, 2020.

_____
Honorable Richard Seeborg
United States District Judge