1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAUSCH HEALTH US, LLC,

        Plaintiff,

        v.

ECI PHARMACEUTICALS LLC,

        Defendant.

Case No. 18-cv-00355-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 14, 2020**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 21, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: March 20, 2020

_____

Richard Seeborg
United States District Judge